ACCEPTED
03-15-00644-CV
13805398
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/15/2016 3:15:23 PM
JEFFREY D. KYLE
CLERK



RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/15/2016 3:15:23 PM
JEFFREY D. KYLE
Clerk

November 15, 2016

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
209 West 14th Street, Room 101
Austin, Texas 78701

RE:     Court of Appeals Number: 03-15-00644-CV
        *Keystone RV Company v. Texas Department of Motor Vehicles*

Dear Mr. Kyle:

A review of this Court's Opinion issued in this case has revealed two instances where it appears there may be a mis-citation of a statute. On page 17, the last full sentence, Section 2301.204 is cited, but we believe the Court meant to cite to 2301.704. Similarly, on page 18, the first full sentence, 2301.204 is cited when we believe the Court meant to cite to 2301.704.

We bring these issues to the Court's attention in order that the Court have an opportunity to make such corrections to the Opinion if it so desires.

Thank you for your attention in this matter.

Sincerely,

Dennis McKinney
Assistant Attorney General
Administrative Law Division

cc:     Christopher J. Lowman (Via E-Service)